BANK OF NEW YORK, Plaintiff, *v.* PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK et al., Defendants. PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Defendant and Third-Party Plaintiff-Appellant, *v.* MERGENTHALER LINOTYPE COMPANY, Third-Party Defendant-Respondent; ROYAL INDUSTRIAL BANK, Third-Party Defendant-Appellant, et al., Third-Party Defendants. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Appellant, *v.* PENNSYLVANIA EXCHANGE BANK et al., Third-Party Defendants-Appellants, and MERGENTHALER LINOTYPE COMPANY, Third-Party Defendant-Respondent. MANUFACTURERS TRUST COMPANY, Defendant and Third-Party Plaintiff-Appellant, *v.* MERGENTHALER LINOTYPE COMPANY, Third-Party Defendant-Respondent, et al., Third-Party Defendants. PENNSYLVANIA EXCHANGE BANK, Third-Party Plaintiff, *v.* EMILIO STROLLO et al., Individually and as Copartners Doing Business under the Name of WEST 35TH STREET TRADING COMPANY, et al., Third-Party Defendants. EMILIO STROLLO et al., Copartners Doing Business under the Name of WEST 35TH STREET TRADING COMPANY, Plaintiffs, *v.* PENNSYLVANIA EXCHANGE BANK, Defendant.

Argued April 11, 1950; decided May 18, 1950.

*Stewart Maurice, Leo T. Kissam, George B. Balamut, Charles R. McNamee, John Boland* and *Max M. Littman* for appellants.

*William H. Hayes* and *Chauncey L. Grant* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of CLAYTON H. MASTEN, an Alleged Delinquent Child. THE PEOPLE OF THE STATE OF NEW YORK, Respondent; CLAYTON H. MASTEN, by His Guardian ad Litem, Appellant.

Argued April 13, 1950; decided May 18, 1950.